UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAHARA LOGAN,<br><br>             Plaintiff,<br>v.<br><br>VICTORY ENTERTAINMENT, INC, ET AL.<br><br>             Defendants. | Civil Action No. 1:18-cv-17129-RBK-KMW |

## NOTICE OF DISMISSAL

Plaintiff, Sahara Logan, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby notifies the Court that she voluntarily dismisses her Complaint against Defendants Mr. Richard D. Schibell and Mr. Leonard Casiero without prejudice. It is further agreed that each party is responsible for their own costs related to this dismissal. Plaintiff **is not** dismissing her claims against the remaining Defendants: Victory Entertainment, Inc., 2405 Pacific Ave, LLC, Nicholas Panaccione, Joseph Shamy, and Doe Defendants 1-10.

                              Respectfully,

                              */s/ Edward Ciolko*
                              Edward Ciolko
                              eciolko@carlsonlynch.com
                              NJ Bar No. 005462002

                              Carlson Lynch Kilpela & Carpenter, LLP
                              1133 Penn Avenue, 5th Floor
                              Pittsburgh, PA 15222
                              T. (412) 322-9243

                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Edward Ciolko, hereby certify that on February 4, 2019, I caused a true and correct copy of foregoing *Notice of Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Edward Ciolko*
Edward Ciolko NJ Bar No. 005462002