**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAHARA LOGAN, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>VICTORY ENTERTAINMENT, INC d/b/a DELILAH'S DEN a/k/a SHOWGIRLS a/k/a DELILAH'S DEN OF ATLANTIC CITY, 2405 PACIFIC AVENUE, LLC d/b/a DELILAH'S DEN a/k/a SHOWGIRLS, a/k/a DELILAH'S OF ATLANTIC CITY, NICHOLAS PANACCIONE, RICHARD D. SCHIBELL, LEONARD CASIERO, JOSEPH SHAMY and DOE DEFENDANTS 1-10.<br><br>                    Defendants. | Case No.: 1:18-cv-17129-RBK-KMW |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff Sahara Logan requests that entry of Judgment by Default against Defendant Victory Entertainment, Inc., d/b/a Delilah's Den a/k/a Showgirls a/k/a Delilah's Den of Atlantic City pursuant to Federal Rule of Civil Procedure 55(b). In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated: July 27, 2020

Respectfully Submitted,

By: */s/ Edward Ciolko*
Edward Ciolko
eciolko@carlsonlynch.com
NJ Bar No. 005462002

**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(p) (412) 322-9243
(f) (412) 231-0246

**CERTIFICATE OF SERVICE**

I, Edward Ciolko, hereby certify that on July 27, 2020, a true and correct copy of the foregoing Motion for Entry of Default Judgment was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify that a true and correct copy will also be served upon the following via FedEx:

>Victory Entertainment, Inc.
>2405 Pacific Avenue
>Atlantic City, NJ 08401
>
>2405 Pacific Ave, LLC
>2405 Pacific Avenue
>Atlantic City, NJ 08401

*/s/ Edward Ciolko*
Edward Ciolko