NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| SAHARA LOGAN, | : | |
| Plaintiff, | : | Civil No. 18-17129 (RBK/KMW) |
| v. | : | **ORDER** |
| VICTORY ENTERTAINMENT, INC., *et al.*, | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

THIS MATTER comes before the Court upon Plaintiff Sahara Logan's Motion for Default Judgment as to Victory Entertainment, Inc (Doc. 21). For the reasons stated in the corresponding Opinion,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is **DENIED**

Dated: 3/10/2021   /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge