IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAHARA LOGAN, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>VICTORY ENTERTAINMENT, INC d/b/a DELILAH'S DEN a/k/a SHOWGIRLS a/k/a DELILAH'S DEN OF ATLANTIC CITY, 2405 PACIFIC AVENUE, LLC d/b/a DELILAH'S DEN a/k/a SHOWGIRLS, a/k/a DELILAH'S OF ATLANTIC CITY, NICHOLAS PANACCIONE, RICHARD D. SCHIBELL, LEONARD CASIERO, JOSEPH SHAMY and DOE DEFENDANTS 1-10.<br><br>     Defendants. | Case No.: 1:18-cv-17129-RBK-KMW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, through undersigned counsel, hereby dismisses her claims against Defendants Victory Entertainment, Inc. d/b/a Delilah's Den a/k/a Showgirls a/k/a Delilah's Den of Atlantic City, 2405 Pacific Avenue, LLC d/b/a Delilah's Den a/k/a Showgirls, a/k/a Delilah's of Atlantic City, Nicholas Pannaccione, Richard D. Schibell, Leonard Casiero, and Joseph Shamy without prejudice and without attorney's fees or costs to any party.

Dated: September 1, 2021      Respectfully Submitted,

             By: */s/ Edward Ciolko*
               Edward Ciolko (NJ Bar No. 005462002)
               eciolko@carlsonlynch.com
               **CARLSON LYNCH LLP**
               1133 Penn Avenue, 5th Floor
               Pittsburgh, PA 15222
               (p) (412) 322-9243
               (f) (412) 231-0246

## **CERTIFICATE OF SERVICE**

I, Edward Ciolko, hereby certify that on September 1, 2021, a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify that a true and correct copy will also be served upon the following via First Class U.S. Mail:

Victory Entertainment, Inc.
2405 Pacific Avenue
Atlantic City, NJ 08401


*/s/ Edward Ciolko*
Edward Ciolko